UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:01-cr-00156-JMS-TAB-02 |
| ) | 1:02-cr-00014-JMS-MJD-01 |
| MATTHEW DEWAYNE SCHOONOVER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendations dkt. [80] in case 1:01-cr-00156-JMS-TAB-02 and dkt. [70] in case 1:02-cr-00014-JMS-MJD-01 recommending that Matthew Dewayne Schoonover's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendations, dkt. [80] in case 1:01-cr-00156-JMS-TAB-02 and dkt. [70] in case 1:02-cr-00014-JMS-MJD-01. The Court finds that Mr. Schoonover committed Violation Numbers 1, 2, 3, and 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt. [75] in case 1:01-cr-00156-JMS-TAB-02 and dkt. [63] in case 1:02-cr-00014-JMS-MJD-01. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Schoonover is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and with no supervised release to follow.  The Court recommends placement at FCI Ashland.

Date: 11/26/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system